UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE A. KEATING, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PATT MARION KAYE, also known as PATT MARION SCACCIANOCE, also known as PATT KAYE, an individual; WADE STREET LLC, an Arizona limited liability company; JPMORGAN CHASE BANK, N.A., a national association; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. CV-13-07774-JAK(PJWx)<br><br>[Assigned to Honorable John A. Kronstadt- Courtroom 750]<br><br>[~~PROPOSED~~] ORDER ON STIPULATION TO PROTECT CONFIDENTIAL INFORMATION |

   Pursuant to the stipulation of the parties filed on February 4, 2014, IT IS HEREBY ORDERED that pursuant to the terms of said stipulation, the parties may designate any document, thing, material or other information derived therefrom as "Confidential."

   IT IS FURTHER ORDERED that if Confidential Material, including any portion of a deposition transcript designated as Confidential, is included in any papers to be filed in Court, such papers shall be labeled "Confidential--Subject to Court Order" and filed under seal until further order of this Court.

///

1

1   IT IS FURTHER ORDERED that this Order shall be without prejudice to the
2   right of the parties (i) to bring before the Court at any time the question of whether
3   any particular document or information is confidential or whether its use should be
4   restricted, (ii) to present a motion to the Court under the *Federal Rule of Civil*
5   *Procedure* 26(c) for a separate protective order as to any particular document or
6   information, including restrictions differing from those as specified herein, or (iii)
7   to present a motion to the court for an order for an *in camera* inspection of
8   documents so that the court may determine whether any such documents should be
9   produced to the adverse party. This Order shall not be deemed to prejudice the
10  parties in any way in any future application for modification of this Order.

11  IT IS FURTHER ORDERED that this Order shall survive the final
12  termination of this action, to the extent that the information contained in
13  Confidential Material is not or does not become known to the public, and the Court
14  shall retain jurisdiction to resolve any dispute concerning the use of information
15  disclosed hereunder.

Date: 2/5/14

By: /s/ Patrick J. Walsh
United States District Judge/
United States Magistrate

Under seal filings are governed by L.R. 79-5. This Order does not authorize the parties to file documents under seal.

P.J.W.

2

ORDER ON STIPULATION TO PROTECT CONFIDENTIAL INFORMATION